O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ARCHER BRYANT HUDSON, | ) Case No. EDCV 08-00959-CAS (AN) |
|---|---|
| Plaintiff, | ) ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all other papers in this case, including the Magistrate Judge's Report and Recommendation ("R&R") and Plaintiff's Objections thereto, *de novo*.

IT IS ORDERED that (1) Petitioner's Objections are overruled; (2) the Commissioner's motion to dismiss is granted; (3) the R&R is approved and adopted; and (4) judgment shall be entered in the Commissioner's favor and dismissing this action with prejudice.

DATED: January 30, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE