JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARCHER BRYANT HUDSON,                    )    Case No. EDCV 08-00959-CAS (AN)
                                         )
            Plaintiff,                   )    JUDGMENT
                                         )
        v.                               )
                                         )
MICHAEL J. ASTRUE,                       )
Commissioner of the Social Security      )
Administration,                          )
                                         )
            Defendant.                   )
_____)

    IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed

with prejudice.


DATED: January 30, 2009

_____
                        CHRISTINA A. SNYDER
                   UNITED STATES DISTRICT JUDGE